# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angelica Jackson,<br><br>    Plaintiff,<br><br>v.<br><br>Diversified Consultants Incorporated,<br><br>    Defendant. | No. CV-16-00019-PHX-DLR<br><br>**ORDER** |

  The Court having reviewed the parties' Stipulation of Dismissal with prejudice, (Doc. 19), and good cause appearing,

  **IT IS ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

  Dated this 18th day of April, 2016.

_____
Douglas L. Rayes
United States District Judge